UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

ARTURO ESTEVEZ, Individually, and On
Behalf of All Others Similarly Situated,

          Plaintiff,

vs.

MOONBUG ENTERTAINMENT USA INC.,

          Defendant.

———————————————————— x

Case No. 1:21-cv-09010-KPF

**STIPULATION OF DISMISSAL AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: January 25, 2022    **MIZRAHI KROUB LLP**

/s/ Edward Y. Kroub

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

DATED: January 25, 2022

**GROSS & KLEIN LLP**

_____
STUART G. GROSS

Stuart G. Gross
233 Broadway, Suite 801
New York, NY 10279
212-658-1219
Email: sgross@grosskleinlaw.com

*Attorney for Defendant*

SO ORDERED:

_____
JUDGE, U.S. District Court
Southern District of New York

Dated:   January 26, 2022
         New York, New York

```
The Clerk of Court is directed to terminate all pending motions,
adjourn all remaining dates, and close this case.
```